IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DAVID STEVEN IRELAND, | Case No. 6:25-cv-00021-MC |
| Plaintiff, | ORDER |
| v. | |
| BARBARA FERGUSON, and DAVID THIBEDEAU, | |
| Defendants. | |

**ORDER OF DISMISSAL**

MCSHANE, Judge:

Plaintiff David Steven Ireland filed a Complaint and Request for Injunction on January 6, 2025. Mr. Steven has taken no action since. On September 4, 2025, this Court gave Mr. Steven 30 days to show cause as to why this case should not be dismissed for failure to prosecute. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (recognizing that a court "may act sua sponte to dismiss a suit for failure to prosecute"). Mr. Steven failed to do so.

Accordingly, this action (ECF No.1) is DISMISSED.

IT IS SO ORDERED.

DATED this 23rd day of October 2025.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

1 – Order